IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FERNANDO CLIFTON, | ) | |
| | ) | Case No. 8:03CV229 |
| Plaintiff | ) | |
| | ) | Judge Smith Camp |
| v. | ) | |
| | ) | Magistrate Judge Gossett |
| MANPOWER, | ) | |
| | ) | **STIPULATION A~~ND~~** |
| Defendant. | ) | ~~(struck through)~~ |
| | ) | |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

03 NOV -4 PM 12: 5?

GARY D. McFARLAND
CLERK

Plaintiff, FERNANDO CLIFTON, and counsel for Defendant, MANPOWER INC., pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate as follows:

That this matter be dismissed WITH PREJUDICE pursuant to settlement, each party to bear its own costs and attorneys' fees, and that the Court retains jurisdiction to enforce the terms of the settlement.

SO STIPULATED AND AGREED.

Dated: 10-25-03, 2003

Respectfully submitted,

FERNANDO CLIFTON

*/s/ Fernando Clifton*

Respectfully submitted,

MANPOWER INC.

By: */s/*
One of its Attorneys

Joel H. Spitz
Michael R. Phillips
Joel A. Palmer
McGUIREWOODS ROSS &
HARDIES, LLP
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601-7567
(312) 558-1000

\\LAB\407818.1

Anne M. Breitkreutz<br>
HOTZ, WEAVER, FLOOD &<br>
BREITKREUTZ<br>
Lake Regency Building<br>
444 Regency Parkway Drive<br>
Suite 310<br>
Omaha, Nebraska 68114-3779<br>
(402) 397-1140

**SO ORDERED** this _____ day of _____, 2003.

_____
The Honorable Laurie Smith Camp,
United States District Court Judge

Prepared by:
McGUIREWOODS ROSS & HARDIES, LLP
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601-7567
(312) 558-1000

2

\\LAB\407818.1